474 A.2d 667

Commonwealth v. Bond, Appellant.

Submitted December 9, 1983.   John M. McAllister for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.